**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Jenny Jones, Case Manager
F.C.I. - WASECA
POB 1731
Waseca, MN 56093
(Individual Capacity)

Civil Action, File Number __07-746 PLF__

__Garland Walton__

V.

__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you ___ ___ ___ to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

(If you are being served) must answer the ___ default will be taken against you for the ___

f Summons and Complaint By Mail was

S Official)

OMPLAINT

mplaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev 6/05)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jenny Jones, Case Mngr.
FCI - Waseca
POB 1731
Waseca, MN
(Ind'l. Cap.)

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Kirkland
C. Date of Delivery: 5-14-07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 7956

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
~~BUREAU~~
Jenny Jones, Case Manager
F.C.I. - WASECA
POB 1831
Waseca, MN 56093
(Official Capacity)

Civil Action, File Number **07-746 PLF**

**Garland Walton**

V.

**Bureau of Prisons, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

...copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you ...urred in serving a summons and complaint in any other manner permitted by law.

...hose behalf you are being served) must answer the ...default will be taken against you for the

...of Summons and Complaint By Mail was

_____
MS Official)

COMPLAINT
complaint in the above captioned manner at

_____
mber and Street Name or P.O. Box No.

_____
ate and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/05)

---

**Overlaid return receipt card:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jenny Jones, Case Mngr.
FCI - Waseca
POB 1731
Waseca, MN
(Off.l Cap.)

07-746
JR-T

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]
B. Received by (Printed Name) K. Kirkland
☐ Agent
☐ Addressee
C. Date of Delivery 5-14-07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7004 1160 0004 4136 7963

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

5-9-07