**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Harrell Watts, Administrator
Nat'l. Inmante Appeals
F.C.I. - WASECA
POB 1731
Waseca, MN  56093
(Officail Capacity)

Civil Action, File Number __07-746 PLF__

__Garland Walton__
V.
__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

5/9/07
Date of Signature

Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED
2007 MAY -9  A 9: 12
U.S. MARSHALS OFFICE
DISTRICT OF COLUMBIA

5/18/07
Returned
un-executed.

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Harrell Watts, Administrator
Nat'l. Inmate Appeals
F.C.I. - WASECA
POB 1731
Waseca, MN 56093
(Individual Capacity)

Civil Action, File Number __07-746  PLF__

Garland Walton
                                V.
Bureau of Prisons, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__5/9/07__
Date of Signature                                   Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED 2007 MAY -9 A 9: [US MARSHALS OFFICE DISTRICT OF COLUMBIA]

5/18/07
Returned un-executed.

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)