**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-746 PLF__

__Garland Walton__

V.

__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Handwritten: 07-746 PKT 5-11-07]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty. Gen'l - DOJ
950 Pennsy. Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAY 14 2007
C. Date of Delivery: 5-14-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7390

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

If you are served on behalf of a corporation, your signature your relationship to that entity. If ...st indicate under your signature your authority.

___ days, you (or the party on whose behalf you ...mplaint in any other manner permitted by law.

...e behalf you are being served) must answer the ...ent by default will be taken against you for the

...ipt of Summons and Complaint By Mail was

(USMS Official)

) COMPLAINT

complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

[Stamp: RECEIVED 2007 MAY 11 A 8:53]

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
Bureau of Prisons
320 First St., NW
Washington, DC 20543

Civil Action, File Number **07-746 PLF**

**Garland Walton**

V.

**Bureau of Prisons,, Et AL**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within

[Handwritten: 746  5-11-07  FRT]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  5/15/07

D. Is delivery address different from item 1?  ☐ Yes   ☑ No
If YES, enter delivery address below:

. If you are served on behalf of a corporation,
our signature your relationship to that entity. If
t indicate under your signature your authority.

___ days, you (or the party on whose behalf you
mplaint in any other manner permitted by law.

behalf you are being served) must answer the
nt by default will be taken against you for the

■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Prison
320 First St, NW
Washington, DC 20543

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

pt of Summons and Complaint By Mail was

MS Official)

2. Article Number
(Transfer from service label)   **7003 2260 0000 4984 7406**

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Harley G. Lappin, Director
Bureau of Prisons
320 First St., NW
Washington, DC 20543
(Official Capacity)

Civil Action, File Number __07-746 PLF__

~~EXXXXXX~~ Garland Walton

V.

Bureau of Prisons, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] indicate under your signature your authority.

[handwritten: 07-746 FRT 5-11-07]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harley G. Lappin, Dir.
B.O.P.
320 First St., NW
Wash., DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery 5/15/07

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7383

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[...] days, you (or the party on whose behalf you [...] laint in any other manner permitted by law.
[...] half you are being served) must answer the [...] by default will be taken against you for the
[...] of Summons and Complaint By Mail was
[...] Official)

MPLAINT
plaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Harley G. Lappin, DIrector
Bureau of Prisons
320 First st., NW
Washington, DC 20543
(Individual Capacity)

Civil Action, File Number __07-746 PLF__

__Garland Walton__

V.

__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [un]incorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____
Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**Domestic Return Receipt (PS Form 3811, February 2004)**

07-746  ?RT 5-11-07

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Harley G. Lappin, Dir.
BOP
320 First St., NW
Washington, DC

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — ☐ Agent / ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 5/15/07
D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☒ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7376

102595-02-M-1540

RECEIVED [stamp]