UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-0746 (PLF) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR BRIEF, FURTHER EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the defendants (the Bureau of Prisons ("BOP"); Harley G. Lappin, Director of the BOP; Jenny Jones, a BOP employee; and Harrell Watts, also a BOP employee) hereby move for a further two-day extension of time to answer or otherwise respond to the complaint.[1]  The content of the complaint in this case is the same as the content of the complaint filed in Walton v. Federal Bureau of Prisons, et al., 07cv00837(PLF).  The only difference is that the latter complaint is double spaced.  Plaintiff also has pending a habeas petition in the United States District Court for the District of Minnesota, Walton v. C. Holenka, Warden, 07-2121.  The habeas petition contains the same claims as made in the two cases filed in this Court, except that the habeas petition does not include the damages claim against the individually-sued defendants.

Undersigned counsel (Fred E. Haynes) has been prevented from completing work on the dispositive motion in this case and in case no. 07cv00837 due to absences from the office for most of last Wednesday through Friday due to unavoidable family obligations, obligations that

---

[1] In making this motion, the individually-sued defendants do not waive any of the defenses available to them, including those in Fed. R. Civ. P. 12 and official immunity, including qualifed and absolute immunity.

also prevented work over the weekend. These obligations, together with other litigation responsibilites, have prevented completion of the dispositive motion in this case in time for supervisorial review and filing today. Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[2]

      Attached is a draft order reflecting the requested extension of time.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR, DC Bar # 498610
                          United States Attorney

                          RUDOLPH CONTRERAS, DC Bar # 434122
                          Assistant United States Attorney
                                  /s/
                          FRED E. HAYNES, DC Bar #165654
                          Assistant United States Attorney

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-0746 (PLF) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the motion by the defendants for a further extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED that defendant shall have to, and including, July 25, 2007, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a brief, further extension of time to answer to be served by first-class mail, postage prepaid, this 23rd day of July, 2007, on:

    Mr. Garland Walton
    R 03516-025
    Waseca Federal Correctional Institution
    P.O. Box 1731
    Waseca, MN 56093

    /s/
    Fred E. Haynes, D.C. Bar # 165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201