UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARLAND WALTON,          )
                                    )
           Plaintiff,       )
                                    )
      v.                 )   Civ. No. 07-00746 (PLF) and
                                    )   Civ. No. 07-00837 (PLF)
BUREAU OF PRISONS, et al.,     )
                                    )
          Defendants.     )

<u>MOTION FOR LEAVE TO FILE THE LODGED REPLY MEMORANDUM</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(2), the defendants (the Bureau of

Prisons ("BOP"); Harley G. Lappin, Director of the BOP; Jenny Jones, a BOP employee; and

Harrell Watts, also a BOP employee) hereby move for an extension of time to file the lodged

reply memorandum in support of their motion to dismiss or, in the alternative, for summary

judgment.  Undersigned counsel (Fred E. Haynes) primarily responsible for this case for

defendants discovered in reviewing recent filings in the cases assigned to him that the reply

memorandum in support of defendants' motion to dismiss or, in the alternative, for summary

judgment may have been served on plaintiff on August 21, 2007, but inadvertently not filed with

the Court, together with a motion for extension of time to file the reply.  This motion corrects

this error.  Because of the difficulties involved in contacting federal prisoners, undersigned

counsel has not attempted to contact plaintiff to determine his position on this motion.[1]

---

[1]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with
"opposing *counsel*."  It does not require counsel to discuss those motions with <u>pro se</u> parties.
Nonetheless, it has been the general practice of this office to attempt to discuss such motions with
nonprisoner <u>pro se</u> parties.  This practice is informed by, and consistent with, Local Civil Rule
16.3(a).  Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer
requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)"
to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARLAND WALTON,                        )
                                       )
                Plaintiff,             )
                                       )
        v.                             )   Civ. No. 07-00746 (PLF) and
                                       )   Civ. No. 07-00837 (PLF)
BUREAU OF PRISONS, et al.,             )
                                       )
                Defendants.            )

ORDER

UPON CONSIDERATION of the motion by the defendants for an extension of time to

file a reply memorandum in support of their motion to dismiss or, in the alternative, for summary

judgment, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the Clerk is directed to file the lodged reply memorandum presented by

the defendants.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for leave to file the lodged

reply memorandum to be served by first-class mail, postage prepaid, this 4th day of September,

2007, on:

> Mr. Garland Walton
> R 03516-025
> Human Service Center
> 711 North East Monroe
> Peoria, Illinois 61603

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARLAND WALTON,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civ. No. 07-00746 (PLF) and
                                   )   Civ. No. 07-00837 (PLF)
BUREAU OF PRISONS, et al.,         )
                                   )
            Defendants.            )

REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff's opposition to defendants' motion repeatedly asserts that the Administrative

Procedure Act provides a waiver of sovereign immunity that permits this case to proceed against

the defendants in their official capacities.  This argument ignores the fact that Congress

explicitly removed decisions as to how a prisoner would be housed during his confinement from

coverage under the APA.  See memorandum in support of defendants' motion at pages 5-7.

Plaintiff also asserts that he is not challenging the accuracy of the Bureau of Prisons'

record keeping, but he describes at pages 4 and 5 of his opposition memorandum a straight

forward Privacy Act claim – that he has been damaged by an adverse decision by the Bureau of

Prisons based on deliberately inaccurate information in the agency's response to his adminis-

trative remedy request.  As we explained in the memorandum in support of the motion to

dismiss, the existence of this Privacy Act remedy precludes the use of the Bivens remedy, a

viewpoint that is fully supported by the Supreme Court's recent decision in Wilkie v. Robbins,

127 S.Ct. 2588 (June 25, 2007), which counsels against the extension of the Bivens remedy in

situations where there are alternative, existing processes for protecting the rights asserted in the

case.

As to the remaining points made in plaintiff's opposition, defendants stand on the arguments made in their motion.  For the reasons set forth above and in the memorandum in support of defendants' motion, these cases should be dismissed.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

2

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing reply memorandum in support of

the motion to dismiss or, in the alternative, for summary judgment to be served by first-class

mail, postage prepaid, this 21st day of August, 2007, on:

> Mr. Garland Walton
> R 03516-025
> Human Service Center
> 711 North East Monroe
> Peoria, Illinois 61603

                                    /s/
                    Fred E. Haynes, D.C. Bar # 165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    (202) 514-7201