UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00746 (PLF) and |
| | ) Civ. No. 07-00837 (PLF) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff's opposition to defendants' motion repeatedly asserts that the Administrative Procedure Act provides a waiver of sovereign immunity that permits this case to proceed against the defendants in their official capacities. This argument ignores the fact that Congress explicitly removed decisions as to how a prisoner would be housed during his confinement from coverage under the APA. See memorandum in support of defendants' motion at pages 5-7.

Plaintiff also asserts that he is not challenging the accuracy of the Bureau of Prisons' record keeping, but he describes at pages 4 and 5 of his opposition memorandum a straight forward Privacy Act claim – that he has been damaged by an adverse decision by the Bureau of Prisons based on deliberately inaccurate information in the agency's response to his administrative remedy request. As we explained in the memorandum in support of the motion to dismiss, the existence of this Privacy Act remedy precludes the use of the Bivens remedy, a viewpoint that is fully supported by the Supreme Court's recent decision in Wilkie v. Robbins, 127 S.Ct. 2588 (June 25, 2007), which counsels against the extension of the Bivens remedy in situations where there are alternative, existing processes for protecting the rights asserted in the case.

As to the remaining points made in plaintiff's opposition, defendants stand on the arguments made in their motion. For the reasons set forth above and in the memorandum in support of defendants' motion, these cases should be dismissed.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, D.C. Bar #498610
>United States Attorney
>
>RUDOLPH CONTRERAS, D.C. Bar #434122
>Assistant United States Attorney
>
>/s/
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing reply memorandum in support of the motion to dismiss or, in the alternative, for summary judgment to be served by first-class mail, postage prepaid, this 21st day of August, 2007, on:

Mr. Garland Walton
R 03516-025
Human Service Center
711 North East Monroe
Peoria, Illinois 61603

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201