UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARLAND WALTON,            )<br>                                          )<br>            Plaintiff,         )<br>                                          )<br>        v.                           )    Civil Action No. 07-0746 (PLF)<br>                                          )<br>FEDERAL BUREAU OF PRISONS, *et al.*,  )<br>                                          )<br>            Defendants.       )  ||

DISMISSAL ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendants' motion to dismiss [#12] is GRANTED, and that the motion for summary judgment is DENIED as moot; and it is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 5, 2008